AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund, et al.

**SUMMONS IN A CIVIL CASE**

V.

Georg Fischer Disa, Inc. d/b/a Disa Industries, Inc.

CASE

Case: 1:08-cv-00132
Assigned To : Lamberth, Royce C.
Assign. Date : 1/23/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Georg Fischer Disa, Inc. d/b/a Disa Industries, Inc.
Serve: Michael Lewis, President
    80 Kendall Point Drive
    Oswego, Illinois 60543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW
Suite 450
Washington, DC 20036
(202) 797-8700

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 23 2008
CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | DATE 1-31-08 @ 4:00 PM |
| NAME OF SERVER (PRINT) Craig Palmer | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 80 Kendall Point Drive, Oswego, IL 60543

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1-31-08
             Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

[Notary signature: Joan C. Harenberg]

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

\* Complaint for Failure to Pay Withdarwal LIability, Consent to Proceed Before a United States Magistrate Judge for all Purposes, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.