## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-0132 (RCL) |
| | ) | |
| GEORG FISCHER DISA d/b/a DISA | ) | |
| INDUSTRIES, INC | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR EXTENSION
### OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant DISA

Industries, Inc. ("DISA") hereby moves for an extension of time to answer or otherwise plead,

through and including March 12, 2008.  In support of its motion, DISA respectfully refers the

Court to the attached memorandum.


Respectfully submitted,


_____/s/_____
William G. Miossi (Bar No. 445265)
Winston & Strawn LLP
1700 K St., NW
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (fax)

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-0132 (RCL) |
| | ) | |
| GEORG FISCHER DISA d/b/a DISA | ) | |
| INDUSTRIES, INC | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant DISA

Industries, Inc. ("DISA") hereby submits its Memorandum in Support of its Motion For

Extension Of Time To Answer Or Otherwise Plead and states as follows:

1.      Plaintiff filed the above-captioned Complaint on or about January 23, 2008.

2.      Defendant DISA was served with a Summons and Complaint on or about

January 31, 2008.  The current deadline to answer or otherwise plead to the Complaint was

February 20, 2008.

3.      Plaintiff filed its Complaint, without notice to Defendant, while the parties

were in settlement discussions, which are currently pending before an arbitrator.  The allegations

in Plaintiff's Complaint constitute only one part of the broader dispute involved in the arbitration,

which Defendant reasonably believed to be moot.

4.      Defendant's counsel called Plaintiff's counsel on February 15, 2008 to discuss

the pending settlement negotiations and seek a voluntary withdrawal of the Complaint without

prejudice while settlement discussions progressed.

5.      Plaintiff's counsel informed Defendant's counsel that it would respond to

Defendant's request on February 19, 2008. Plaintiff did not communicate to Defendant that a response to its Complaint was due or that it expected any such response.

6.     On February 20, 2008, Defendant's counsel again contacted Plaintiff's counsel regarding withdrawal of the Complaint. Plaintiff's counsel refused to voluntarily dismiss the Complaint despite the pending settlement discussions. Defendant's counsel therefore requested that Plaintiff agree to an extension of time for Defendant to respond to the Complaint. Plaintiff's counsel refused.

7.     Until yesterday, Defendant anticipated that Plaintiff would honor Defendant's request to voluntarily withdraw the Complaint in light of the ongoing settlement discussions or, in the alternative, agree to an extension of time. Given Plaintiff's position, Defendant now moves for an extension of time in which to file an appropriate Answer or other responsive pleading in order to permit time to adequately investigate the background facts surrounding the allegations in the Complaint.

8.     Defendants request a short extension for good cause, which will neither prejudice Plaintiff nor unduly delay the Court's consideration of this matter. This motion is not made for purposes of harassment, nor is it due to any oversight or lack of diligence on the part of Defendants.

WHEREFORE, for the foregoing reasons, Defendant DISA respectfully requests that this Court grant Defendant a twenty-one (21) day extension of time, through March 12, 2008, to file its Answer or otherwise plead.

Respectfully submitted,


_____/s/_____
William G. Miossi (Bar No. 445265)
Winston & Strawn LLP
1700 K St., NW
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (fax)

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March 2008, I caused a true and correct copy of

the foregoing Motion for Sanctions and Memorandum in Support to be served by first class mail,

postage prepaid, on the following:

> Marc H. Rifkind
> Slevin & Hart, P.C.
> 1625 Massachusetts Avenue, NW
> Suite 450
> Washington, D.C. 20036

>                    /s/
> _____
> William G. Miossi

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-0132 (RCL) |
| | ) | |
| GEORG FISCHER DISA d/b/a DISA | ) | |
| INDUSTRIES, INC | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of Defendant's Motion For Extension Of Time To Answer Or

Otherwise Plead, the Court orders as follows:

IT IS ORDERED that the Motion for an Extension of Time To Answer or Otherwise

Plead is hereby granted.  Defendant has until March 12, 2008 to file its Answer or Otherwise

Plead.

ORDERED this ____ day of _____.


_____
United States District Court Judge

DC:548296.1