**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-0132 (RCL) |
| | ) | |
| GEORG FISCHER DISA d/b/a DISA INDUSTRIES, INC | ) ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant DISA Industries, Inc. ("DISA"), by counsel, submits the following corporate disclosure statement in accordance with Local Rule 7.1.

DISA is an Illinois corporation engaged principally in the foundry equipment business. I, the undersigned counsel of record for DISA, certify that to the best of my knowledge and belief, DISA and each of its affiliates are private entities without any outstanding securities in the hands of the public. This information is provided only so that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
William G. Miossi (Bar No. 445265)
Winston & Strawn LLP
1700 K St., NW
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (fax)

Counsel for Defendant

March 12, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March 2008, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served, electronically, on the following:

> Marc H. Rifkind
> Slevin & Hart, P.C.
> 1625 Massachusetts Avenue, NW
> Suite 450
> Washington, D.C. 20036

/s/
William G. Miossi