UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 08-CV-0132 (RCL) |
| GEORG FISCHER DISA d/b/a DISA INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## INITIAL SCHEDULING ORDER

The Parties submit that the case should be disposed of on dispositive motions, and that there is no need for discovery. Accordingly, the Court sets the following briefing schedule for dispositive motions:

- Dispositive Motions are to be filed on or before May 30, 2008.

- Responses to Dispositive Motions are to be filed on or before on or before June 20, 2008.

- Replies are to be filed by June 30, 2008.

SO ORDERED this 30th day of May, 2008.


_____/s/_____
ROYCE C. LAMBERTH
Chief Judge