IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-CV-0132 (RCL) |
| | ) |
| GEORG FISCHER DISA d/b/a DISA INDUSTRIES, INC | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSES AND REPLIES TO DISPOSITIVE MOTIONS

On May 5, 2008, the parties in the above-captioned case submitted their joint report and proposed scheduling order, outlining a briefing schedule for filing dispositive motions. The court entered this scheduling order on May 30, 2008, and the parties each filed their respective motions on May 30, 2008. The parties have since conferred and have agreed to extend the deadlines for filing their Responses and Replies to the dispositive motions.

Wherefore, the parties respectfully request that the Court enter a revised scheduling order and extend the deadlines for the parties' Responses to Dispositive Motions until June 30, 2008 and extend the deadlines for the parties' Replies until July 9, 2008.

Respectfully submitted,

/s/
Marc Rifkind, Esq. (D.C. Bar No. 416183)
Jeffrey S. Swyers (D.C. Bar No. 494290)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC 20036
202-797-8700 (Telephone)
202-234-8231 (Facsimile)
Counsel for Plaintiffs

                                    /s/
                              William G. Miossi (Bar No. 445265)
                              Winston & Strawn LLP
                              1700 K St., NW
                              Washington, D.C. 20006
                              (202) 282-5000
                              (202) 282-5100 (fax)

                              Counsel for Defendant

June 18, 2008

DC:561594.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 08-CV-0132 (RCL) |
| | ) |
| GEORG FISCHER DISA d/b/a DISA INDUSTRIES, INC | ) ) |
| | ) |
|     Defendant. | ) |

**REVISED SCHEDULING ORDER**

Having read and considered the parties' Joint Motion for Extension of Time to File Responses and Replies to Dispositive Motions, the Court hereby enters this Revised Scheduling Order and sets the following revised briefing schedule for dispositive motions:

- Dispositive Motions are to be filed on or before May 30, 2008.

- Responses to Dispositive Motions are to be filed on or before on or before June 30, 2008.

- Replies are to be filed by July 9, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
United States District Judge