IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-0132 (RCL) |
| | ) | |
| GEORG FISCHER DISA d/b/a DISA INDUSTRIES, INC | ) ) | |
| | ) | |
| Defendant. | ) | |

## REVISED SCHEDULING ORDER

Having read and considered the parties' Joint Motion for Extension of Time to File Responses and Replies to Dispositive Motions, the Court hereby enters this Revised Scheduling Order and sets the following revised briefing schedule for dispositive motions:

- Dispositive Motions are to be filed on or before May 30, 2008.

- Responses to Dispositive Motions are to be filed on or before on or before June 30, 2008.

- Replies are to be filed by July 9, 2008.

SO ORDERED this 19th day of June, 2008.

_____/s/_____
ROYCE C. LAMBERTH
Chief Judge