UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, et al.<br>　　　　　Plaintiffs,<br>　　　v.<br>GEORG FISCHER DISA d/b/a<br>DISA INDUSTRIES, INC.,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-CV-0132 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Each of the issues that Defendant sets forth (timeliness of the demand, timeliness of the assessment, and the correct amount of the assessment, including the amount of the monthly payment) are properly the subject of arbitration. <u>All</u> disputes over withdrawal liability are to be arbitrated. *Central States, Southeast & Southwest Areas Pension Fund v. Lady Baltimore Foods, Inc.*, 960 F.2d 1339, 1341 (7th Cir. 1992).

Defendant complains that the Fund's demand of $978 was a prohibited unilateral modification of its "initial demand." However, the statute does not use the language "initial demand." Rather, the statute simply states that payments are to be made in accordance with the schedule set forth by the plan sponsor. 29 U.S.C. § 1399(c)(2). The issue of whether or not $978 per month is an "initial demand" is irrelevant. Defendant admits that the Fund has demanded that Defendant make withdrawal liability payments in the amount of $978 per month and that arbitration is currently pending regarding the withdrawal liability assessment. *See* DISA's Statement of Disputed Facts, Fact Nos. 14-

1

17.  As a matter of law, Defendant must pay the amount demanded pending arbitration. *Central States, Southeast & Southwest Areas Pension Fund v. Lady Baltimore Foods, Inc.*, 960 F.2d 1339, 1341 (7th Cir. 1992); *Connors v. Calvert Development Company*, 662 F. Supp. 877 (D.D.C. 1985); *I.A.M. National Pension Fund Benefit Plan v. Dravo Corporation,* 641 F. Supp. 50 (D.D.C. 1985).

    Respectfully submitted,

    /s/ Marc Rifkind
    _____
    Marc Rifkind, Esq. (D.C. Bar No. 416183)
    Jeffrey S. Swyers (D.C. Bar No.454290)
    SLEVIN & HART, P.C.
    1625 Massachusetts Avenue, NW, Suite 450
    Washington, DC   20036
    202-797-8700  (Telephone)
    202-234-8231  (Facsimile)

    Counsel for Plaintiffs

**Certificate of Service**

  I certify that on this 9th day of July, 2008, I caused the foregoing to be served to the party listed below, electronically, via the U.S. District Court District of Columbia's CM/ECF system:

William G. Miossi
WINSTON & STRAWN
1700 K Street, NW
Washington, DC 20006
(202) 282-5000
Fax: (202) 371-5950
Email: wmiossi@winston.com

Attorney for Defendant

    /s/ Marc H. Rifkind
    Marc H. Rifkind