**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NATIONAL SHOPMEN PENSION FUND, et, al.** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 08-0132 (RCL) |
| **GEORG FISCHER DISA d/b/a DISA INDUSTRIES, INC.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

In accordance with the Memorandum Opinion issued this date, and upon consideration of the plaintiffs' Motion [9] for Summary Judgment and defendant's Cross-Motion [10] for Judgment on the Pleadings, the oppositions and replies thereto, the applicable law, and the entire record herein, it is hereby

ORDERED that the plaintiffs' Motion for Summary Judgment [9] is DENIED; and it is further

ORDERED that the defendants' Motion [10] for Judgment on the Pleadings is GRANTED; and it is further

ORDERED that JUDGMENT is hereby ENTERED in this case against the plaintiffs and in favor of the defendants; and it is further

ORDERED that the plaintiffs' complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on October 17, 2008.